UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF GEORGIA

STATESBORO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. CR613-003 |
| | ) | |
| GLORIA B. EVANS | ) | |

## ORDER

In this wire-fraud and identity-theft case, Rickey Evans deposited $2,000 with the Clerk of Court to secure defendant Gloria B. Evans' appearance for trial. Doc. 14. She has since been convicted and sentenced. Doc. 81. The normal course would be for the surety to ask for his money back. But he died. Doc. 85-2. So now his brother, Richard Evans, requests it. Doc. 85. His request is **DENIED** without prejudice to Richard's right to renew his motion upon presentation of proof that he is authorized to retrieve that money on behalf of Rickey's estate. *See, e.g.*, *Cummings v. Cummings*, 89 Ga. App. 529, 533 (1954) (executor is

entitled to collect assets of estate he represents, in order to pay legacies and to take care of expenses of administration and unpaid debts).[1]

**SO ORDERED,** this 9TH day of September, 2015.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA

---

[1] If an individual like Rickey dies intestate (without a will) and there has been no personal representative appointed, any heir of the decedent may petition the Georgia Probate Court for an order that no administration is necessary. O.C.G.A. § 53-2-41. If there are no creditors of the estate or if the creditors have no objection, then an order finding that no administration is necessary shall confirm the vesting of title to the decedent's property in the heirs in the amounts and portions described in O.C.G.A. § 53-2-1; *see also* O.C.G.A. § 53-2-7 ("Vesting of title to property and right of possession of estate"). The proceeding to dispense with administration is not available when the deceased died testate (meaning, with a will). *See generally* https://www.gaprobate.org/proceedings.php